IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:06CR209 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY BOWEN, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief (Filing No. 86). The Court has reviewed the record in this case and finds as follows:

1. On October 31, 2006, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 846, Title 26, Sections 5541, 5861(d), 5871 and Title 28, United States Code, 2461(c), based upon the defendant's plea of guilty to Counts I, II and III of the Information filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in a SKS rifle, 9 mm Jennings model Bryco 59 handgun, serial number 826035 and a 32 caliber American double action revolver, were forfeited to the United States.

2. On November 16, 23 and 30, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their

alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on December 29, 2006 (Filing No. 84).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the subject properties, i.e. a SKS rifle, 9 mm Jennings model Bryco 59 handgun, serial number 826035 and a 32 caliber American double action revolver, held by any person or entity, are hereby forever barred and foreclosed.

C. The subject properties, i.e., a SKS rifle, 9 mm Jennings model Bryco 59 handgun, serial number 826035 and a 32 caliber American double action revolver, be, and the same hereby are, forfeited to the United States of America.

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 5th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, SENIOR JUDGE
United States District Court