IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR209 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY BOWEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 96). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; sentencing is rescheduled for:

**Friday, March 2, 2007, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 19th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court